**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>IK CHAN CHOI<br>-vs-<br>MARRIOTT CORPORATION, a corp., | Case Number:<br>FILED: JUNE 9, 2008<br>08CV3313<br>JUDGE GRADY<br>MAGISTRATE JUDGE SCHENKIER<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RENAISSANCE HOTEL OPERATING COMPANY, a corporation, incorrectly sued herein as Marriott Corporation

| | |
|---|---|
| NAME (Type or print)<br>Robert M. Burke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert M. Burke | |
| FIRM<br>Johnson & Bell, Ltd. | |
| STREET ADDRESS<br>33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6187403 | TELEPHONE NUMBER<br>(312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |