**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

IK CHAN CHOI
-vs-
MARRIOTT CORPORATION, a corp.,

Case Number:

FILED: JUNE 9, 2008
08CV3313
JUDGE GRADY
MAGISTRATE JUDGE SCHENKIER
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RENAISSANCE HOTEL OPERATING COMPANY, a corporation, incorrectly sued herein as Marriott Corporation

| | |
|---|---|
| NAME (Type or print) | |
| Paul Gamboa | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Paul Gamboa | |
| FIRM | |
| Johnson & Bell, Ltd. | |
| STREET ADDRESS | |
| 33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6282923 | (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |