**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

IK CHAN CHOI
-vs-
MARRIOTT CORPORATION, a corp.,

Case Number:
FILED: JUNE 9, 2008
08CV3313
JUDGE GRADY
MAGISTRATE JUDGE SCHENKIER
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RENAISSANCE HOTEL OPERATING COMPANY, a corporation, incorrectly sued herein as Marriott Corporation

| | |
|---|---|
| NAME (Type or print) <br> Jennifer Tomsak Rose | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jennifer Tomsak Rose | |
| FIRM <br> Johnson & Bell, Ltd. | |
| STREET ADDRESS <br> 33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6271486 | TELEPHONE NUMBER <br> (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |