IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IK CHAN CHOI**, | ) |
| Plaintiff, | ) Case No.: FILED: JUNE 9, 2008 |
| | ) 08CV3313 |
| -vs- | ) Judge: JUDGE GRADY |
| | ) |
| **MARRIOTT CORPORATION**, a corp., | ) Magistrate: MAGISTRATE JUDGE SCHENKIER |
| | ) NF |
| Defendant. | ) |

### JURY DEMAND

Defendant, **RENAISSANCE HOTEL OPERATING COMPANY,** a corporation, **incorrectly sued herein as Marriott Corporation,** and hereby demands a trial by jury.

DATED: June 9, 2008.

JOHNSON & BELL, LTD.

By: /s/Robert M. Burke
Robert M. Burke, attorney for Defendant
Renaissance Hotel Operating Company

Robert M. Burke
JOHNSON & BELL, LTD.
Attorneys for Defendant
Suite 2700
33 West Monroe Street
Chicago, Illinois 60603
(312) 372-0770
Firm I.D. No.: 06347