IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IK CHAN CHOI**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  08 C 3313 |
| | ) | |
| -vs- | ) | Judge:  John F. Grady |
| | ) | |
| **MARRIOTT CORPORATION**, a corp.**,** | ) | Magistrate:  Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Kristin M. Sprague
　　　Pavalon, Gifford & Laatsch
　　　Two North LaSalle Street
　　　Suite 1600
　　　Chicago, Illinois 60602

Please take notice that on the **11th** day of **June, 2008**, Defendant, **Renaissance Hotel Operating Company,** filed with the United States District Court, for the Northern District of Illinois, Eastern Division, its **Answer to Plaintiff's Complaint,** a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　JOHNSON & BELL, LTD.


　　　　　　　　　　　　　　　　　/s/Robert M. Burkeq
　　　　　　　　　　　　　　　　　ROBERT M. BURKE

JOHNSON & BELL, LTD.
33 West Monroe Street, #2700
Chicago, IL 60603
312/372-0770
Atty. No. 6347

## PROOF OF SERVICE

　　　The undersigned, a non-attorney, on oath states she caused to be served the attached documents upon the above-named attorneys at their respective addresses on June 11, 2008, by depositing the same in the U.S. Mail located at 33 West Monroe Street, Chicago, Illinois 60603, proper postage prepaid and affixed thereon.


　　　　　　　　　　　　　　　　　/s/Lisa A. Morrison
　　　　　　　　　　　　　　　　　Under penalties as provided by law pursuant to ILL.REV.
　　　　　　　　　　　　　　　　　STAT. CHAP. 110 §1-109, certify that the statements set
　　　　　　　　　　　　　　　　　forth herein are true and correct.