IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IK CHAN CHOI**, | ) |
| | ) |
| Plaintiff, | ) Case No.:  08 C 3313 |
| | ) |
| -vs- | ) Judge:  John F. Grady |
| | ) |
| **MARRIOTT CORPORATION**, a corp., | ) Magistrate:  Sidney I. Schenkier |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

TO:   Gary Laatsch
   Pavalon, Gifford & Laatsch
   Two North LaSalle Street
   Suite 1600
   Chicago, Illinois 60602

Please take notice that on the **24th** day of **July, 2008**, Defendant, **Renaissance Hotel Operating Company**, filed with the United States District Court for the Northern District of Illinois, Eastern Division, its **Answer to Plaintiff's Amended Complaint at Law,** a copy of which will or have been served upon you via First Class Mail and/or electronically via the Court's Electronic Case Filing System.

JOHNSON & BELL, LTD.

By:   /s/Robert M. Burke
   One of the Attorneys for the Defendant,
   Renaissance Hotel Operating Company

Robert M. Burke (6187403)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois  60603
(312) 372-0770

## PROOF OF SERVICE

The undersigned a non-attorney, on oath, states he caused the above-listed documents to be served upon the above-named attorneys at their respective addresses on July 24, 2008, via First Class Mail and/or Electronic Case Filing.

   /s/Lisa A. Morrison
[x]   Under penalties as provided by law pursuant to ILL. REV. STAT. CHAP. 110 '1-109, I certify that the statements set forth herein are true and correct.