IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IK CHAN CHOI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RENAISSANCE HOTEL OPERATING )<br>COMPANY, Corporation, )<br>)<br>Defendant. ) | No: 08 C 3313<br><br>Judge: John F. Grady<br><br>Magistrate: Sidney I. Schenkier |

### PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES

Now comes Plaintiff, IK CHAN CHOI, in the above captioned cause, by his attorneys, PAVALON, GIFFORD & LAATSCH, and for his reply to Defendant's Affirmative Defenses, states as follows:

Plaintiff denies, both specifically and generally, each and every allegation of any affirmative defense(s) contained in Defendant's Answer to Amended Complaint at Law. Plaintiff further denies that Defendant is entitled to any relief whatsoever.

WHEREFORE, having replied to the affirmative defenses set forth in Defendant's Answer, Plaintiff prays for judgment and their costs.

IK CHAN CHOI,

BY: _____
KRISTIN S. FEINSTEIN
One of Plaintiffs' attorneys


PAVALON, GIFFORD & LAATSCH
2 N. LaSalle St, Suite 2100
Chicago, IL 60602
312-419-7400