IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IK CHAN CHOI, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 3313 |
| ) | |
| vs. ) | Judge: John F. Grady |
| ) | |
| RENAISSANCE HOTEL OPERATING ) | Magistrate: Sidney I. Schenkier |
| COMPANY, a corporation, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

TO:  Robert M. Burke
Johnson & Bell, LTD.
Attorney for Defendant
33 West Monroe Street, #2700
Chicago, Illinois 60603
Telephone: (312) 372-0770


I certify that on August 8, 2008, I served the foregoing Plaintiff's Reply to Defendant's Affirmative Defenses to all counsel of record by sending copies to the above-named attorney by electronic mail.

By:  /s Gary K Laatsch
_____
Attorney for Plaintiff




Pavalon, Gifford & Laatsch
Two North LaSalle Street
Suite 1600
Chicago, Illinois 60602
312-419-7400