IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IK CHAN CHOI**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  08 C 3313 |
| | ) | |
| -vs- | ) | Judge:  John F. Grady |
| | ) | |
| **MARRIOTT CORPORATION**, a corp.**,** | ) | Magistrate:  Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Kristin M. Sprague
      Pavalon, Gifford & Laatsch
      Two North LaSalle Street
      Suite 1600
      Chicago, Illinois 60602

On **September 17, 2008** at **11:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John F. Grady**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Courtroom 2201** of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the parties' **Motion for Leave to File Third Party Complaint**.

NAME:  JOHNSON & BELL, LTD.            ATTY. FOR:  Defendants
ADDRESS: 33 West Monroe Street         CITY:  Chicago, IL  60603
PHONE:  (312) 372-0770

## PROOF OF ELECTRONIC SERVICE

The undersigned, on oath, states that she served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel, on August 15, 2008.

/s/Lisa A. Morrison