IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IK CHAN CHOI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No: 08 C 3313 |
| | ) | |
| RENAISSANCE HOTEL OPERATING | ) | |
| COMPANY, a Corporation, | ) | Judge: John F. Grady |
| | ) | |
| | ) | Magistrate: Sidney I. Schenkier |
| Defendant. | ) | |
| _____ | ) | |
| RENAISSANCE HOTEL OPERATING | ) | |
| COMPANY, | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL DECORATING SERVICE, INC. | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## NOTICE OF MOTION

TO:   Robert J. Burke
Johnson & Bell, Ltd.
33 W. Monroe St
Chicago, IL 60603

On September 17, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John F. Grady, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 2201 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the party's Motion for Leave to File Second Amended Complaint.

PAVALON, GIFFORD & LAATSCH
2 N. LaSalle St, Suite 1600
Chicago, IL 60602
312-419-7400

## **PROOF OF ELECTRONIC SERVICE**

    The undesigned, on oath, states that she served this notice by electronically filing the same using the CM/ECF system, which will send notification of such filing to all counsel, on August 21, 2008.

    /s/ Kristin S. Feinstein